1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RK SOLUTIONS, LLC and AXCESS GLOBAL SCIENCES, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SHINHIGH INTERNATIONAL CORP.,**<br><br>**Defendant.** | No. 5:19-cv-01548-JAK (KKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE (DKT. 33)** |

1  Based on a review of the parties' Stipulation of Dismissal without Prejudice
2 (the "Stipulation" (Dkt. 33)), sufficient good cause has been shown for the requested
3 relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed
4 without prejudice. Each Party shall bear its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

Date:  November 16, 2020

_____
John A. Kronstadt
United States District Judge